IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Terance Albert Tracy
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Robert Joseph Ray, Robert Jones Jr.,
City of Annapolis Board of Elections
Anne Arundel Cnty Board of Elections

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. LKG-23-2711
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ■ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terance Albert Tracy |
| Street Address | 180 Woods Drive |
| City and County | Annapolis- Anne Arundel County |
| State and Zip Code | Maryland, 21403 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Robert Joseph Ray |
| Job or Title (if known) | Election Judge for City of Annapolis |
| Street Address | 106 Stone Point Drive |
| City and County | Annapolis- Anne Arundel County |
| State and Zip Code | Maryland 21401 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

Name — Robert Jones Jr.

Job or Title (if known) — Election Judge AA County, Md

Street Address — 715 S Cherry Grove Ave

City and County — Annapolis - Anne Arundel County

State and Zip Code — Maryland  21401

Telephone Number —

E-mail Address (if known) —

Defendant No. 3

Name — Board of Elections Supervisors Annapol

Job or Title (if known) — Keanuú Smith-Brown, Chair

Street Address — 160 Duke of Goucester St

City and County — Annapolis City, Anne Arundel County

State and Zip Code — Maryland 21401

Telephone Number — (410) 263-7929

E-mail Address (if known) — cityclerk@annapolis.gov

Defendant No. 4

Name — Board of Elections- AA County, Md

Job or Title (if known) —

Street Address — 6740 Baymeadow Dr

City and County — Glen Burnie, Anne Arundel County

State and Zip Code — Maryland 21060

Telephone Number — (410) 222-6600

E-mail Address (if known) — elections@aacounty.org

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

■ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 4th Amendment, 14th Amendment of The U.S. Constitution
_____
_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.     If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
    additional page providing the same information for each additional
    defendant.)*

3.     The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant
    owes or the amount at stake—is more than $75,000, not counting interest
    and costs of court, because *(explain)*:

    _____

    _____

    _____

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See Attachment "A"

**IV.**   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See Attachment "A"

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/ 03        , 20 23 .

Signature of Plaintiff         _____

Printed Name of Plaintiff      _____Terance  A. Tracy_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

1    <u>**Attachment "A" to Civil Complaint**</u>

2    **Case Number**_____

3

4    I. JURISDICTION

5    **1.** This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal

6    question jurisdiction arises pursuant to 42 U.S.C. § 1983.

7

8    II. VENUE

9    **1.** Venue is proper pursuant to 28 U.S.C. § 1391 because this matter involves

10   Constitutional questions of the First, Fourth and Fourteenth Amendments to The

11   Constitution of The United States and Respondents acted under "Color of Law" and in

12   this District

13

14   III. PARTIES

15   **Petitioner(Pro Se)**: Terance A Tracy resides in City of Annapolis, Anne Arundel County,

16   Md.

17   **Respondent (1)**: Robert Jones Jr. in his personal capacity and in his official capacity as a

18   Contractual Temporary Training Agent for Anne Arundel County Board of Elections and

19   residing in Annapolis, Md

20   **Respondent (2):** Robert Joseph Ray in his personal capacity and as Contractual Chief

21   Election Judge for City of Annapolis Board of Elections and residing in Annapolis, Md

22   **Respondent (3)**; City of Annapolis Board of Supervisors of Elections

23   **Respondent (4)**; Anne Arundel County Board of Elections

24

25

26

1

## IV. STATEMENT OF FACTS

**1.** Petitioner arrived at Pip Moyer Rec Center to get information and visit the public   gym and workout area at the front entrace to the center. After his business there, he noticed signage pointing to early voting at the back of the Rec Center. Petitioner believed, correctly, that this was the designated voting site for him to vote in the 2022 Election. Being a reporter of mostly local news, petitioner decided to visit the voting location for two reasons; to ascertain wether paper or electronic ballots were being used there and to get a brief video relative to his visit there for a later broadcast on the election.

**2.** Petitioner has been covering local news via posting videos to You Tube and has also been featured in other local news publications since late 2021. Petitioner is an reporter and his work generaly covers local politics and law enforcement. Being quite familiar with protected First Amendment activity, petitioner knew that he could not enter the polling area without prior permission, according to the AA County Elections website, on that day but also understands he was allowed to film on a public sidewalk anything that could be seen with the eyes. The only notable signage at the open door is a "turn cellphones off". The same signage can be seen inside the bulding.

**3.** This entire encounter was captured with both audio and video on 2 devices. The encounter is best described from the videos posted in their entirety on Petitioner's Channel called "Annapolis Audit" on You Tube as follows;

Petitioner approaches the open door to the polling location at 1:35

Petitioner narrarates video saying that it appears that paper ballots were being used at 2:14

1    A unidentified poll worker offers petitioner help and petitioner explains he just wanted
2    to "check out the process" at 2:16

3    Mr Ray, alerted by the poll worker to the petitioner's presence, looks up and notices
4    petitioner at 2:19

5    Mr Ray rises and aproaches petitioner at 2:35

6    **Mr Ray and Petitioner;**

7    Mr Ray advises petitioner, "You cant do that", petitioner answers, "Why not". Mr Ray
8    advises, because you cant", Similar dialouge continues.

9    Mr Ray finally says,"I don't have to explain it to you, do you want me to call the
10   police"? at 3:10

11   Mr Ray returns to his table and retreives his county issued cell phone. Petitioner
12   remains just outside the entry way and Mr Ray returns, phone in hand at 3:38

13   Petitioner again asks for an eplanation. Mr Ray, in a raised voice exclaims, "I don't have
14   to explain myself to you for anythng, get the hell out of here"! at 3:42

15   Mr Ray looks into camera, "Don't you dare turn that fu**ing thing on"! while
16   approaching closely to petitioner at 3:43

17   Petitioner, "It's on" at 3:45

18   Election worker inside voting area calls out, "stop, Bob" at 3:46

19   Mr Ray makes contact with 911 at 4:06

20   Mr Ray advises 911 operator, "I have a guy here causing a scene with a camera and he
21   wont leave" at 4:14

22   Mr Ray to petitioner, again loud, "Take that F**king thing away from my face" while
23   still blocking the interior view from the sidewalk at 4:43

24   Petitioner advises Mr Ray can step away from him but rather himself steps back from
25   Mr Ray at at 4:46

26   Mr Ray advises 911 that petitioner has his camera in his face "taking movies of me"
27   trying to film the site and I want him removed from the premises at 5:00

Page 3 of 14

1   Petitioner remains back from the doorway, yielding to foot traffic and assists Mr Ray
2   with his description of himself and also gives his full legal name to relay to the 911
3   operator at 5:18

4   Mr Ray asks, "would you stand by until the officers get here"? Petitioner answers in the
5   affirmative at 5:35

6   Mr Ray exclaims loudly, "Get the hell out of my way", backing petitioner onto grassy
7   area at 5:50

8   Petitioner assists a voter with information pertaining to a handicap access as Mr Ray
9   continues with 911 at 5:52

10   Mr Ray at all times during this interaction blocked the view inside the polling area.

11   Mr Jones enters the scene from inside the building and approaches petitioner at 6:00

12   **4. Alleged Asault Narrative;**

13   Mr Jones Jr exits the building at 6:00

14   911 Advised Mr Ray to "Walk Away" at 6:05

15   Mr Ray hangs up with 911 at 6:16

16   Mr Ray advised Mr Jones Jr that he already called the police and they're "on the way"
17   at 6:36

18   Mr Ray, "I know, that's why I got him to back up." -responding to Mr Jones Jr. at 7:25

19   Petitioner moves himself from the grass near the door to the sidewalk, farther from the
20   entry door, and Mr Jones Jr approahces him, finger pointed at his face. He proclaims,
21   "you dont have the right to film me" at 7:29

22   Petitioner, "really"? at 7:31

23   "You cannot film me unless I give you permission"at 7:34

24   Petitioner."really"?

25   Mr Jones Jr quickly steps to petitioner and grabs for the camera at 7:35

26   Mr Jones grabs petitioner's wrist and maintains grasp, now with his right hand under

1   petitioner's left arm, both hands grasping petitioner's right wrist at 7:37

2   Mr Jones Jr, yelling, "I said dont film me"! at 7:39

3   Mr Jones Jr spins petitioner, still in his 2 handed grasp, towards the textured concrete
4   wall at 7:40

5   Mr Jones Jr takes a closed fist swing at petitioner as petitioner recovers from throw at
6   7:42

7   Mr Jones Jr tackles petitioner into textured concrete wall, causing injury to petitioners
8   head at 7:44

9   Wrestling around ensues at 7:46, continues until others arriving upon the scene wrestle
10   petitioner to the ground, having not witnessed the initial attack and, with Mr Jones Jr still
11   attacking petitioner at 8:01

12   Mr Jones Jr can be seen at 8:08 punching petitioner with a closed fist while petitioner
13   remains helpless on the ground, still held down by others.

14   Mr Ray pleads with Mr Jones Jr., still on top of petitioner and attacking, "Robert, Umm
15   Umm, Robert. Come on buddy, knock it off"... "Stop, buddy, stop" at 8:10 - 8:15 and
16   leads him away.

17   Fight disengages as Mr Ray pulls Mr Jones Jr up from the petitioner at 8:15

18   Female witness encourages Mr Jones Jr to return inside the building,"get in there, Rob..
19   Get in there, Rob", pointing at the doorway. He remains on the sidewalk instead at 8:22

20   Petitioner attempts to enter the building to aid himself and his still bleeding head
21   wound. Other witnesses deny him entry, indifferent to his obvious injuries at 8:45

22   Oficer Matthew Pfau of Annapolis City Police arrives and first notices petitioners
23   wounds and offers care before taking any other action.

24   In the posted video, no futher relevant action takes place not covered in ofiicer Plau's
25   Incident report. [See; Exhibit "1"]

26

27       **5.** Petitioner was unable to gain any useful video footage or information of the

election area that day. As a result of the assault by Respondent Jones Jr., the Petitioner was taken by ambulance to the local hospital having sustained injuries to his knees, arms, back as well as a deep laceration into the rear of his head requiring 3 metal staples to close.

**6.** Petitioner sustained damage to his equipment including destroying a GoPro video device having cracked the screen and causing internal damage, destroyed a camera mounting device and a broken chest mounting device for the GoPro.

**7.** Petitioner accumulated expenses due to the assault including: Ambulance transport, Emergency room visit, follow up visits. Petitioner suffered headaches for 3 months following that day and was further treated by a physician. Petitioner accumlated additional related expenses and other damages to clothing.

## Claim I

**1.** It is well established by the facts contained here from the video and memory, and in the Officer Pfau's Police Incident Report{Exhibit 1} that the Petitioner was conducting First Amendment protected activity at the Polling location that day. The Petitioner remained on a public sidewalk at the doorway to the voting room, kindly yielding to at least 6 voters over the course of the incident there. Petitioner was there for the sole purpose of news gathering. Local and municipal laws are generally silent on the issue of videoing a voting location from the entryway and only require the entry way not be blocked to voters. And, in fact, all State, County and Annapolis Municipal statutes and codes allow press activity inside of the

1  voting area pursuant to common sense privacy rules. The contracts signed by

2  respondents Jones Jr and Ray both state the they should contact The Anne Arundel

3  County Board of Elections Help Desk with questions regarding policy.

4

5  **2.** The Freedom of The Press is well established among the general population

6  and The States in time immemorial and a polling place during a contentious

7  election cycle is commonly a place at which the media would be expected to

8  appear. Other local press entities have published pictures of Pip Moyer Recreation

9  Center during previous election cycles both inside and outside on the voting area

10  {See Exhibits 2-3}, apparently unscathed. Petitioner should enjoy no less freedom.

11

12  **3.** Respondents Jones Jr and Ray acted jointly and violated Petitioner's First

13  Amendment Freedom of Press by blocking Petitioner's access to view and video

14  the voting area unmolested for a brief time in order to later produce a news

15  broadcast of public interest and contrary to The County training Manual provided

16  to them and contrary to any State and Local statutes. These actions are in violation

17  of prior restraint.

18

19  ### Claim II

20  **1.** It is well established that recording in public, from a public sidewalk, is

21  Constitutionally protected activity. Petitioner was peacefully and quietly

22  recording, Petitioner through the course of this interaction never raised his voice,

23  asked legitimate questions regarding his presence there, was courteous towards

24  citizens attempting to vote and never escalated the situation. In the interaction and

25  upon Respondent Jones Jr's entrance to the scene, Respondent Jones Jr. failed to

26  use his training as a "Training Associate" to descalate the situation. Instead,

27  Respondent Jones Jr physically attacked Petitioner using force enough to severely

injure Petitioner and break his recording equipment. It was 1 minute and 36 seconds from the time Respondent Jones Jr exited the voting room until grabbing Petitioner's arm and the ensuing assault.

**2**. Respondent Jones Jr. did use unreasonable and excessive force in violation of The Fourth Amendment to The Constitution of The United States as conveyed to The States by The 14th Amendment. A reasonably competent official would understand that what he is doing violates that right.

**3.** Respondent Jones Jr did act jointly with respondent Ray to deny Petitioner's First Amendment Right to Free Press and Petitioner's First Amendment Right to Free Speech as applied to The States by The Fourteenth Amendment. Respondent Jones Jr did act independently to deny petitioner's Constitutional Rights to Free Press and Free Speech as applied to The States by The Fourteenth Amendment.

## Claim III

**1.** A Monell Claim under Sec. 1983 against Respondent(3) City of Annapolis Board of Supervisors of Elections. Petitioner asserts That Respondent 3 is libel under Sect 1983 owing to The Board's deliberate indifference regarding the obvious intersection of a National election and the media. Respondent 3 ommited training it's election judges regarding Constitutionally protected activities outside of the polling room. Respondent 3 also delegates responsibility for security regarding polling locations to The Election Judges.

**2.** Respondent 3 functions under a Municipal Code via The City of Annapolis. In

that Municipal Code, The Annapolis City Council grants The Board of Election
Supervisors "ultimate decisionmaking authority under that
chapter"(4.08.030_Annap Mun Code). Among those authorities is the
responsibility to "appoint judges"(4.08.050_ Annap Mun Code). The Code
goes on to say, "Judges shall receive a course of instruction administered by
The Board"(4.08.050(G)_Annap Mun Code), and that "all judges shall take and
subscribe to the oath presented in Artice 1 Sect 9 of The Constitution of
Maryland"(4.08.050(E)_Annap Mun Code).

3. It goes on, "The Board shall have power to make all neccesary rules and
regulations, not inconsistent with this chapter with refference to... the conduct
of elections"(4.08.070(B)_Annap Mun Code). The Code further states that,
"Each of the Cheif Judges has authority to keep the peace and cause any person
to be arrested for a breach of peace"(4.24.10_Annap Mun Code), "and it shall
be the duty of officers of the law present to obey the order of any Chief Judge,
and a officer making an arrest by the discression of a Chief Judge shall be
protected in so doing fully as if a warrant had been issued to that officer to
make such arrest"(4.24.10_Annap Mun Code).

4. However, there is no local rule or any statute that specifically regulates media
activity outside of the polling room. The Board is also silent on media activity
there. There is no guidance in the training manual and there appears, at least, to
be no formal training by Respondent 3 on such activity. Maryland's only law
regarding a "zone" around polling places is 16-206(b)(2)(i) and only concerns
electioneering activity in that designated zone with no mention of media
activity. In the case supra, entry zones to polling rooms are left ambiguous and
leave discression to a final arbitrator, The Cheif Judges.

5. Surrounding states are clear and unambiguous over media activity outside of
polling rooms. Virginia and Pennsylvania have clearly articulated rules about a

1    40 foot and 10 foot zone outside of polling places respectively. Both States ban

2    media in those zones and both require clear signage be posted regarding those

3    rules. West Virginia lays out a 100 foot zone to entrtways to polling rooms but

4    specifically allows media in that zone, again with signage by regulation.

5    **6.** Surrounding States clearly lay out rules regardinig media in these zones with

6    municipal regulation, proper signage and demarkations. And, voters and the

7    media can also find the same language on those State's respective public

8    websites. Similar language is laid out in all of those State's Judges training

9    manuals as well.

10    **7.** The First Amendment guarentees a Right to Free Speech and Free Press as

11    conveyed to The States via The Fouteenth Amendment and is violated here by

12    Respondent 3 under a Monell claim. The Respondent is granted the

13    responsability to administer an election in The City of Annapolis. Respondent 3

14    then grants powers to Chief Election Judges to carry out their training and

15    instruction as delegated during an election giving those judges discretionary

16    powers{Exhibit 4}, even up to an arrest with the power of a warrant in the

17    same manner as issued by a Court of Law.

18

19    **Claim IV**

20

21    **1.** Similar to Claim III, Petitioner asserts that Respondent 4, Anne Arundel

22    County Maryland Board of Elections, violated the Petitioner's First

23    Amendment protected activites of Free Speech and a Free Press as well as his

24    4th Amendment protected right to be free of unreasonable force as conveyed to

25    The States by The Fourteeth Amendment. Respondent 4 is libel under a Monell

26    claim.

27    **2.** Also similar to Claim III, The Anne Arundel County Board of Elections

functions under Anne Arundel County Codes and The County Exeuctives grants powers to Respondent 4 to administer elecions within the County. Respondent 4 hires Assistant Training Associates with the mandate to train Election Judges in all areas of The County. Further duties include; "work with the Training Supervisor to develop a Train the Trainer Syllabus" and "meet regularly with Board of Elections Training Supervisors to discuss training program issues". Their election day duties include,"evaluating polling places and providing field support" Field support is ambiguosly defined in as much as the Assistant Training Associate's actual specific functions on election day.

3. Contained in the Assistant Training Associates acceptance letter from Respondent 4, it states, "Temporary employees of The Anne Arundel County Board of Elections are considered employees of The Board of Elections and The State of Maryland for all employement matters including hiring, discharge,and the administration and enforcement of all employment laws and regulations. Anne Arundel County is not your employer, but provides all administrative payroll services and funding to The Board"{Exhibit 5}.

4. The actions of Respondent 1, Jones Jr. in his Official Capacity, were not a discretionary function and violated clearly established Constitutionally protected activities a reasonable person would know.

5. Respondent 4 failed to train it's assistant trainers regarding media presence outside of polling locations, And, like The Annapolis Board of Election Supervisors, left ambiguity in it's Assisant Training Associates functions at polling locations on elections days. These ommisions left The Assistant Training Associate as the final arbitrator of his decisons to offend Petitioner's Constitutionally protected activities that day.

1

## Conclusion

3

4    **1.** Petitioner demonstrates here a deliberate indifferance where a lack of

5    policy regarding the intersection of Constitutionally protected activity such as

6    voting, speech, press and the right to be free from unreasonable force trickle

7    down to acts of suppresion by State actors, both given discression to the same.

8    Other surrounding State and local jurisdictions make clear their polices of that

9    same intersection. Here we have seperate acts of suppresion in one incident by

10   two respondents, both acting under color of law and both using the same

11   manuals, same training sessions, (including one being a "training associate"),

12   and both acting under the same local rules and State statutes.

13   **2.**  Both the County's and the City's respective Election Boards ommitance of

14   regulation, training and guidance on protected activity outside of voting rooms

15   and exterior spaces combined with thier ambiguity of the duties and

16   Constitutional limitations of thier direct employees violates Petitioner's rights

17   and survives a Monell claim under Section 1983.

18

19

## Relief as to Claim I

21

22   1. Petitioner prays The Court for relief under Section 1983 from Responent 2,

23      Robert Joseph Ray, for punitive damages in the amount of $50,000.00

24

## Relief as to Claim II

26

27   **1.** Petitioner prays The Court for releif under Section 1983 from Respondent 1,

1 Robert Jones Jr., for punitive damages in the amount of $75,000.00.

2 **2.**  Petitioner prays The Court for relief under Section 1983 from Respondent 1,

3 Robert Jones Jr.,  for compensatory damages for medical care, broadcast

4 equipment replacement and expenses in the amount of $3200.89{See Exhibits 6 -

5 9}

6

7 **Relief as to Claim III**

8

9 **1.**  Petitioner prays The Court for relief under Section 1983 from Respondent 3,

10 City of Annapolis Board of Election Supervisors, for punitive damages in the

11 amount of $25,000.00

12

13 **Relief as to Claim IV**

14

15 **1.** Petitioner prays The Court for relief under Section 1983 from Respondent 4,

16 The Anne Arundel County Board of Elections, for punitive damages in the amount

17 of $40,000.00

18

19

20 **Further relief**

21     **1.**  Petitioner prays The Court for relief under Section 1983 for all court costs

22 and all fees as determined by The Court or The Clerk, to be paid by Respondents

23 equally and any further relief as The Court determines proper.

24

25     **2.**  Petitioner prays the court injunctive releif to direct Respondents 3 and 4 to

26 update training literature and techniques to reflect a policy regarding photography

27 and news gathering at polling entrances consistent with Constitutionally protected

1    activities.

2

3

4

5    **Respectfully submitted to The Court for consideration,** Petitioner swears and affirms

6    that the contents of this Action are true and factual to the best of his knowledge;

7    Signed(Petitioner) _Terry Tracy_          Date; _10_ - _03_ - _2023_

8                                        Terance A Tracy